NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-896

STATE OF LOUISIANA

VERSUS

JEROME HARRISON

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 98-185367
HONORABLE CHARLES LEE PORTER, DISTRICT JUDGE

**********

BILLIE COLOMBARO WOODARD
JUDGE

**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and John B. Scofield,[*] Judges.

**AFFIRMED.**

Hon. J. Phillip Haney
District Attorney
300 Iberia Street, Suite 200
New Iberia, Louisiana 70560
(337) 369-4420
COUNSEL FOR
PLAINTIFF/APPELLEE:
    State of Louisiana

Walter James Senette  Jr.
ADA 16th JDC
Post Office Box 1008
Franklin, Louisiana 70538
(337) 828-4100
COUNSEL FOR
PLAINTIFF/APPELLEE:
    State of Louisiana

---

[*]Judge John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore*.

Lynden James Burton
Pecantte-Burton & Burton
Post Office. Box 13738
New Iberia, Louisiana 70562
(337) 367-1779
COUNSEL FOR
DEFENDANT(S)/APPELLANT:
Jerome Harrison